**In re Nomination of Lawrence F. BAKER as a Republican Candidate for Commissioner, 5th Ward, Nether Providence Township, Delaware County, Pennsylvania.**

**Objection of Cynthia Carroll.**

**Appeal of Cynthia Carroll.**

Supreme Court of Pennsylvania.

Submitted April 14, 2011.

Decided April 26, 2011.

## *ORDER*

PER CURIAM.

**AND NOW**, this 26th day of April, 2011, the Order of the Delaware County Court of Common Pleas is **AFFIRMED.**